**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6482

JOSEPH R. REID, JR.,

Plaintiff - Appellant,

versus

FRANK MCGUIRT, Sheriff of Union County; SANDRA
ROWELL, a/k/a Sandra J. Dupre; STEPHEN
GOODWIN; PAT S. ROBINSON,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-03-602)

Submitted: October 14, 2004          Decided: October 19, 2004

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph R. Reid, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph R. Reid, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Reid v. McGuirt, No. CA-03-602 (W.D.N.C. Jan. 7, 2004). We deny Reid's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED